UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Elijah E. Gross

    v.                                      Case No. 22-cv-551-JL-AJ

Shawn McCarthy, et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated May 21, 2025. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: June 10, 2025

cc:   Eligah E. Gross, pro se
       Brandon Francis Chase, Esq.
       Peter Morris MacKenna, Esq.